In the Matter of THE TOROK TRUST, Respondent, v TOWN BOARD OF TOWN OF ALEXANDRIA et al., Respondents. ALEXANDRIA CENTRAL SCHOOL DISTRICT, Appellant.

Submitted May 18, 2015; decided June 11, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of WESTCHESTER JOINT WATER WORKS, Appellant, v ASSESSOR OF CITY OF RYE, Respondent, and RYE NECK UNION FREE SCHOOL DISTRICT, Intervenor-Respondent. (And Other Proceedings.)

Submitted April 27, 2015; decided June 11, 2015

Motion, insofar as it seeks leave to appeal as against the Rye Neck Union Free School District, granted; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.